UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL AARON MURRAY,<br><br>    Defendant. | 2:18-CR-0053-TOR<br><br>Protective Order re: Computer Forensic Review Procedures for Child Pornography Contraband |

Before the Court is the parties' Stipulation re: Computer Forensic Review Procedures for Child Pornography Contraband signed by James A. Goeke, Assistant United States Attorney for the Eastern District of Washington, and stipulated to by the Defendant, PAUL AARON MURRAY's attorney, Carl J. Oreskovich. ECF No. 25.

The parties have stipulated to review procedures for child pornography contraband. The Court enters this Stipulation and further Orders:

The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order. The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility. Defense expert will be allowed to compile a report

//
//
//

Protective Order re: Computer Forensic Review Procedures - 1

(without contraband images/videos) documenting the examination on removable media if the case dictates.

The District Court Executive is directed to enter this order and provide copies to counsel.

Dated July 9, 2018.



THOMAS O. RICE
Chief United States District Judge