# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Murray, Paul Aaron | Docket No. | 2:18CR00053-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Paul Aaron Murray, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Spokane, Washington, on the 9th day of April 2018, under the following conditions:

**Special Condition #1:** Defendant shall not have access to digital devices, computers or any online services, with the following exception. Defendant may have one computer, which is disclosed to the U.S. Probation/Pretrial Services Office. The computer may be used only for work purposes and shall be subject to monitoring software as directed by the U.S. Probation/Pretrial Services Office.

**Special Condition #8:** Defendant shall not be within 500 feet of a school or park.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant accessed Internet websites that appear to be non-work related on multiple occasions.

**Violation #2:** The defendant was within 500 feet of a school or park on five occasions.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: July 19, 2018 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Murray, Paul Aaron
July 19, 2018
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

July 20, 2018
_____
Date