FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL AARON MURRAY,<br><br>Defendant. | No. 2:18-CR-00053-TOR-1<br><br>ORDER DENYING WITH LEAVE TO RENEW<br><br>**MOTION DENIED**<br>**(ECF No. 35)**<br><br>**MOTION GRANED**<br>**(ECF No. 36)** |

Before the Court is Defendant's Unopposed Motion for Order Modifying Conditions of Release. ECF No. 35. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request. ECF No. 35 at 5.

Specifically, Defendant requests modification of his release conditions to allow him to have unsupervised contact with his children, to allow him to attend his children's activities with prior approval of Pretrial Services and supervision by an adult who is aware of the charges against him, and to allow him to pick up and drop off his children at school. ECF No. 35 at 2. Defendant is essentially asking the Court to modify conditions 6-8 of his release, imposed by Judge Dimke in April. *See* ECF No. 14.

In her order, Judge Dimke thoroughly explained the concerns she had in allowing unsupervised contact between Defendant and his children. ECF No. 14 at 3-7. Defendant's motion does not substantially alter the analysis by Judge Dimke.

ORDER - 1

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 35**, is **DENIED with leave to renew**.  Defendant may ask that his motion be reconsidered upon confirmation that Defendant's ex-wife is resident in the home.

Defendant's motion to expedite, **ECF No. 36**, is **GRANTED**.

**IT IS SO ORDERED**.

DATED November 2, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2