FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL AARON MURRAY,<br><br>Defendant. | No. 2:18-CR-0053-TOR-1<br><br>ORDER GRANTING MOTION TO AMEND CONDITIONS OF RELEASE |

**BEFORE THE COURT** is Defendant's Unopposed Motion to Reconsider Order Denying Motion for Order Modifying Conditions of Release. ECF No. 38. Defendant seeks to modify his special conditions of pretrial release Nos. 6-8, ECF No. 14 at 11, to permit him to have unsupervised contact with his children, attend his children's activities, and drop off and pick up his children at school. ECF No. 38.

Defendant recites that neither the United States Attorney nor the U.S. Probation Office object to Defendant's request. ECF No. 38 at 2. Defendant additionally indicates Defendant's ex-wife, Rangsiya Murray, has moved to Spokane and is currently residing with Defendant and their children. ECF No. 38 at 2; ECF No. 39. Ms. Murray declared she is aware of the motion to modify conditions, supports the motion, and plans on residing with Defendant and their children until this case is resolved. ECF No. 39.

Accordingly, **IT IS ORDERED** that the Defendant's motion to modify the conditions of his pretrial release, **ECF No. 38,** is **GRANTED.** The corresponding motion to expedite, **ECF No. 40,** is also **GRANTED**.

ORDER - 1

Defendant's Special Conditions of Release ECF 14 are modified to read as follows:

6. Defendant shall not be present with any minor-aged children. Defendant may have unsupervised contact with his children.

7. Defendant shall not frequent places where minor-aged children are present, such as malls, arcades, theaters, etc., except that Defendant may attend events his children are participating in with prior approval from the U.S. Probation Office and while accompanied by a responsible adult who is aware of the charges against Defendant.

8. Defendant shall not be within 500 feet of a school or park. Defendant is permitted to drop off and pick up his own children at their school but must remain in the vehicle at all times and shall not allow any children, other than his own children, to enter the vehicle.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 21, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE