# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PAUL AARON MURRAY,<br><br>　　　　　　　　　Defendant. | NO: 2:18-CR-0053-TOR<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |

BEFORE THE COURT is Defendant's *pro persona* Motion for Reconsideration. ECF No. 282. This motion was submitted for consideration without oral argument. The Court has reviewed the file and the records contained therein and is fully informed.

## DISCUSSION

Defendant seeks the Court to reconsider its Order granting in part the Motion to Continue Trial (ECF No. 276). ECF No. 282. The Court continued trial to March 28, 2022, and declared the period of time excludable under the Speedy

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION ~ 1

1  Trial Act.  ECF No. 276.  The Court specifically granted the motion in part "with

2  leave to renew at a later date, if necessary."  *Id*. at 2.  Based on the information

3  before the Court, the length of the continuance was justified.

4      Defendant now posits information previously not provided, much of which

5  is immaterial and irrelevant.  Defendant's recitation of completely extraneous

6  information about what his prior counsel did or did not do is completely unhelpful

7  in meeting his burden for reconsideration.

8      **ACCORDINGLY, IT IS HEREBY ORDERED:**

9      Defendant's *pro persona* Motion for Reconsideration, ECF No. 282, is

10  **DENIED**.  This Order does not preclude future motions for trial continuance, if

11  necessary, upon a proper showing.

12      The District Court Executive is directed to enter this order and provide

13  copies to the parties.

14      DATED January 11, 2022.



                      THOMAS O. RICE
              United States District Judge

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION ~ 2