Paul A. Murray
3029 E 19th Ave
Spokane WA 99223
Email: paul@murraynation.com
*pro per representative*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 2 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.  2:18-cr-0053-TOR |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION FOR RECORDS SUBPOENAS AND EXPEDITED HEARING** |
| v. | |
| PAUL AARON MURRAY, | **January 19, 2022 @ 6:30 p.m.** |
| Defendant. | **Without Oral Argument** |

COMES NOW the Defendant Paul A. Murray, *pro persona*, and moves

the Court on an expedited basis for an order pursuant to Federal Rule of

Criminal Procedure 17(c) for the issuance of Records Subpoenas.

Ct. Order ECF No. 133 "ORDER as to Paul Aaron Murray (1): The

Defendants Motion for Records Subpoenas, ECF No. 114, is GRANTED. In

accordance with the Courts direction to counsel at the hearing on motions and

Fed. R. Crim. P. 17(c), the Defendant shall issue and serve the subject

subpoenas for early production of records only, not personal appearances. As

DEFENDANT'S MOTION FOR
RECORDS SUBPOENAS AND
EXPEDITED HEARING - Page  1

Paul A. Murray
pro per representative
Spokane WA

soon as the records are received by the Defense, a copy shall be provided to the United States."

Above Court Ordered records request was not executed by prior Counsel, this motion simply updates the records request and ensures that the records request is succinct, to the point, not overly broad for this ESI data request from two highly reputable IT companies.

This Records requests, as per *Ct. Order* ECF No. 133, includes

1. Dropbox account "paul@gayleterry.com"

   a. Please provide the record of last connection date, time, and associated IP address for devices "UDI_1" laptop and "Paul A. Murray" iPhone associated with Dropbox account paul@gayleterry.com

2. Apple ID "paul@gayleterry.com"

   a. Please provide the records of app and analytics data associated with the IP address of 24.116.111.145 for this Apple account.

Proposed Orders (AO 89B (07/16) have been provided.

These records request is key for the Defense, and should have been properly served, responded to, and provided to all Parties years ago. The

DEFENDANT'S MOTION FOR
RECORDS SUBPOENAS AND
EXPEDITED HEARING - Page 2

Paul A. Murray
pro per representative
Spokane WA

Defense requires for hearings, trials, and for supplementing Rule 16 disclosures (Jan. 24, 2022). The data records have long since expired, evaporated (*see* ECF No. 165 at 7, ECF No. 188 at 9) from Defendant's personal data request or access. Most online companies will not retain records (personal access logs) more than six months, let alone four years. The records request above is no longer available from personal data requests, the records may only be obtained through this formal records request to the companies themselves.

RESPECTFULLY SUBMITED this 12 day of January 2022 in Spokane, Washington.

By: _____

Paul A. Murray
pro per representative

Paul A. Murray
Case No.  2:18-cr-0053-TOR
3029 E 19th Ave
Spokane, WA 99223
(509) 818-2905
Email: paul@murraynation.com

DEFENDANT'S MOTION FOR
RECORDS SUBPOENAS AND
EXPEDITED HEARING - Page 3

Paul A. Murray
pro per representative
Spokane WA

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the

Clerk of the Court in Person on 12 day of January 2022, while a copy of this

filing was hand delivered to the Office of AUSA Spokane WA c/o the

attorneys who have appeared in this matter including Prosecutors Ann Wick

and Alison Gregoire.

DATED this 12 day of January 2022 in Spokane, Washington.


By:_____
Paul A. Murray
Pro per representative


Paul A. Murray
Case No.   2:18-cr-0053-TOR
3029 E 19th Ave
Spokane, WA 99223
(509) 818-2905
Email: paul@murraynation.com

DEFENDANT'S MOTION FOR
RECORDS SUBPOENAS AND
EXPEDITED HEARING - Page 4

Paul A. Murray
pro per representative
Spokane WA