UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>      v.<br><br>PAUL AARON MURRAY,<br><br>                        Defendant. | CASE NO. 2:18-CR-0053-TOR<br><br>STIPULATED PROTECTIVE ORDER RE: COMPUTER FORENSIC REVIEW PROCEDURES |

BEFORE THE COURT is the parties' Stipulated Motion for Protective Order Re: Computer Forensic Review Procedures. ECF No. 298. The motion was submitted for hearing without oral argument on an expedited basis. Having reviewed the file and the records therein, the Court is fully informed. For good cause shown, the motion is granted.

1. IT IS HEREBY ORDERED that 18 U.S.C. § 3509(m) applies to this case, and the Court is required to deny defense requests to copy, photograph, duplicate, or otherwise reproduce material constituting child pornography if the government makes the material reasonably available to Defendant and provides an ample opportunity for the defense to examine it at a government facility. *See* 18 U.S.C. § 3509(m).

2. IT IS FURTHER ORDERED that, in order to comply with 18 U.S.C. § 3509(m), and to allow Defendant the greatest opportunity to prepare an effective defense in preparation for trial in this matter, the government will make the true forensic extractions and bit-by-bit E01 images of devices and media containing alleged child

STIPULATED PROTECTIVE ORDER RE: FORENSIC REVIEW PROCEDURES ~ 1

pornography contraband at issue in the above-referenced case reasonably available to the defense and provide ample opportunity for the defense team to examine said data at a government facility in Spokane, Washington, or Omaha, Nebraska. The parties may readdress the Court if there is a need for additional or after-hours access during the course of litigation in the event trial or motion hearings require additional forensic review.

3. IT IS FURTHER ORDERED that the defense forensic examination will be conducted in an interview room monitored by closed-circuit television ("CC-TV"), without audio feed. Defendant will only attend or conduct such examination in the presence of another member of the defense team or a law enforcement agent. While the TV with non-audio feed will ensure the integrity of FBI space and security of its occupants, the video feed is not of sufficient detail or at an angle that would reveal defense strategy. The government and its agents expressly agree that no attempt will be made to record any audio from the workstation and that no attempt will be made to observe the defense team's work product. The defense team may review the feed to ensure that defense strategy is not being compromised at any time while conducting the forensic review.

4. IT IS FURTHER ORDERED that the defense team[1] shall not make, nor permit to be made, any copies of the alleged child pornography contraband pursuant to this Protective Order and shall not remove any contraband images from the government facility. The defense team will be allowed to copy any file that is not contraband and compile a report (without contraband images/videos) documenting the examination on removable media at the discretion of the defense team. Defense team media and devices capable of data storage may be searched before being removed from the government facility to ensure no contraband images or videos are contained thereon.

---

[1] For purposes of this Protective Order, the term "defense team" refers solely to Defendant, Dr. Matthew Miller, of Milhous Ink, LLC, Konstantinos "Gus" Dimitrelos of Cyber Forensics, and Shawn Kasal, of Aurelius Investigation & Consultants.

STIPULATED PROTECTIVE ORDER RE: FORENSIC REVIEW PROCEDURES ~ 2

5. IT IS FURTHER ORDERED that the defense team will leave at the government facility any equipment, including hard drives, which contain child pornography contraband that is identified during forensic evaluation. The parties may readdress this matter with the Court upon notice that the defense intends to retain a different defense expert.

6. IT IS FURTHER ORDERED that for the purpose of trial, the government agrees to make available a digital copy of any government trial exhibit that contains contraband, which will be kept in the custody and control of the case agent. Upon reasonable notice by the defense, the case agent will also maintain for trial digital copies of any proposed defense exhibit that contains contraband. If the defense team intends to offer, publish, or otherwise utilize any government or defense exhibit contained on the digital copy maintained by the case agent during trial, the case agent shall assist the defense team in publishing or utilizing the exhibit that contains contraband upon notification by the defense team.

IT IS SO ORDERED. The Clerk shall enter this Order and furnish copies to counsel.

Dated January 20, 2022.



THOMAS O. RICE
United States District Judge

STIPULATED PROTECTIVE ORDER RE: FORENSIC REVIEW PROCEDURES ~ 3