✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN        DISTRICT OF        WASHINGTON

UNITED STATES OF AMERICA

v

PAUL AARON MURRAY

**EXHIBIT LIST**

Case Number: 2:18-CR-00053-TOR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Thomas O. Rice | Ann T. Wick | Paul A. Murray (Pro Se) |
| TRIAL DATE (S) March 28, 2022 | COURT REPORTER | COURTROOM DEPUTY Bridgette Fortenberry |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A. | | | | **Exhibits** <br><br> Search Warrant (Bates No. 00000003 - 00000007) |
| | B. | | | | Search and Seizure Warrant Executed for 3029 East 19th Avenue (Bates No. 00000046-00000047) |
| | C. | | | | DHS Custody Receipt for Seized Property and Evidence (Bates No. 00000138-00000139) |
| | D. | | | | SEACATS Information Incident Report Violator Data for Paul Murray (Bates No. 00000139-00000143) |
| | E. | | | | DHS Report of Investigation by SA Weeks 2-23-18 ECF No. 111-6 (Bates No. 00000147) |
| | F. | | | | DHS Custody Receipt for Seized Property and Evidence (Bates No. 00001406-00001408) |
| | G. | | | | DHS Report Search Warrant Execution on the Residence of Paul MURRAY ECF No. 111-1 (Bates 00000319 – 00000321) |
| | H. | | | | DHS Report ECF No. 111-5 (Bates 00000966 – 00000965) |
| | I. | | | | Photos: Search Dell (Bates 00000238 – 239) |
| | J. | | | | Email Thrall and Weekes (Bates No. 00001395, ECF No. 111-4) |

|   | K.   |   |   |   | Wick Decl., ECF No. 230-1 |
|---|------|---|---|---|---------------------------|
|   | L.   |   |   |   | Transcript – Gr Jury April 2018 |
|   | M.   |   |   |   | Transcript – Gr Jury Nov 2019 |
|   | N.   |   |   |   | Dr Miller Declaration ECF 323 |
|   | O.   |   |   |   | Dr Miller Declaration ECF 331 |
|   | P.   |   |   |   | Dr Miller Declaration ECF 154-1 |
|   | Q.   |   |   |   | Dr Miller Declaration ECF 152 |
|   | R.   |   |   |   | Dr Miller Declaration ECF 222 |
|   | S.   |   |   |   | Dr Miller CV |
|   | T.   |   |   |   | Gus Dimitrelos Declaration ECF 223 |
|   | U.   |   |   |   | Gus Dimitrelos Summary Slides |
|   | V.   |   |   |   | Def. Verizon Phone Record Jan 26 2018 |
|   | W.   |   |   |   | Jeff Bickford Report (Bates 00003821, 3847) |
|   | X.   |   |   |   | Transcript – Evidentiary Hearing Day 1 June 30 2020 (ECF No. 169) |
|   | Y.   |   |   |   | Transcript – Evidentiary Hearing Day 2 July 1 2020 (ECF NO 170) |
|   | Z.   |   |   |   | Rodney Weekes Griffeye Report Jan 2022 Bates 00003943 |
|   | AA.  |   |   |   | Rodney Weekes Griffeye Report Jan 2022 Bates 00003944 |
|   | BB.  |   |   |   | Custody Receipt for Seized Property and Evidence HTC Bickford – Copy provided from Agent Trinity HSI |
|   | CC.  |   |   |   | Exhibit A to Government's Consolidation Motion (ECF 157-1) |
|   | DD.  |   |   |   | Konstantinos "Gus" Dimitrelos CV |
|   | EE.  |   |   |   | 004 HTC Cell Phone Extraction (Bates 00003942) |

|   | FF.  |   |   |   | Dr Miller (4) Photos Original Evidence Mar 7 & 8 2022 |
|---|------|---|---|---|--------------------------------------------------------|

|  | | | | | |
|---|---|---|---|---|---|
|  | GG. | | | | Cable One Subpoena Returned (Boise, ICE Office) |
|  | HH. | | | | Govt Torrent Movie File CFA Olson Bates 00003709 - 3710 |
|  | II. | | | | HSI Mobile Forensics Cell Phone and Mobile Device Forensic Worksheet (Bates 00001400 & 00001402) |
|  | JJ. | | | | HSI - Computer Forensics Examination Worksheet (Bates 00001405) |
|  | KK. | | | | Dr Miller Slide Summary Trial |